**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 16-cv-81617-MIDDLEBROOKS/BRANNON**

JOHN SCHIAPPA and SUSIE
GODINHO,

Plaintiffs,

v.

CHARITYUSA.COM, LLC,

Defendant.
_________________________________/

**FINAL JUDGMENT**

Having entered an order granting summary judgment for Defendant as to all of Plaintiffs' claims and having dismissed all of Defendant's counterclaims (*see* DE 48), final judgment is entered in favor of Defendant CharityUSA.com, LLC and against Plaintiffs John Schiappa and Susie Godinho.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 22nd day of May, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record